| | |
|---|---|
| DOUGLAS A. WICKHAM, Bar No. 127268<br>dwickham@littler.com<br>EVERETT C. MARTIN, Bar No. 227357<br>cmartin@littler.com<br>LITTLER MENDELSON, P.C.<br>633 West 5th Street, 63rd Floor<br>Los Angeles, CA  90071<br>Telephone:  213.443.4300<br>Facsimile:   213.443.4299 | E-FILED 11/18/16<br>JS-6 |

Attorneys for Plaintiff,
KFORCE, INC.

Michael Follin
23625 Sirius Circle
Murrieta, CA 92562
Telephone: 714.501.6334

Defendant in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFORCE INC., a Florida Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL FOLLIN, and AFR RECRUITMENT SOLUTIONS, LLC, a California Limited Liability Company,<br><br>            Defendants. | Case No.  2:16-cv-05668 PSG JEM<br><br>The Honorable Philip Steven Gutierrez<br><br>[~~PROPOSED~~] **JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT**<br><br><br>Complaint Filed: July 29, 2016 |

1  Plaintiff Kforce, Inc. ("Plaintiff" or "Kforce") and Defendant Michael Follin
2  ("Follin" or "Defendant"), having stipulated to the entry of Judgment (hereinafter
3  "Judgment") and the Court having determined that good cause appears therefor,
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:
5  1.  Judgment shall be and hereby is entered in Plaintiff Kforce's favor and
6  against Defendant Follin and only a Permanent Injunction with no other relief shall be,
7  and has been, entered against Defendant Follin pursuant to this Court's Order re
8  Permanent Injunction;
9  2.  This Court shall retain continuing jurisdiction to enforce this Judgment or
10 this Court's Order Re Permanent Injunction in accordance with the terms of that
11 Order; and
12 3.  Except as expressly set forth in the Order Re Permanent Injunction and
13 this Judgment, no other relief or damages is sought by or awarded to Plaintiff or
14 Defendants in this action, and each Party shall bear his or its own attorneys' fees and
15 costs with respect to the defense and prosecution of this action.
16 **IT IS SO ORDERED.**
17 DATED: ___11/18___, 2016

PHILIP S. GUTIERREZ
HON. PHILIP STEVEN GUTIERREZ
UNITED STATES DISTRICT JUDGE

Firmwide:143577134.2 028977.1203